IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:05CR00085-002(D)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AGREED ORDER FOR PAYMENT |
| ) | |
| SALAH JAWDAT ABDELAL, ) | |
| ) | |
| Defendant, ) | |

The parties, the United States of America, and the judgment defendant, agree and stipulate as follows:

1. The judgment defendant, Social Security Number, and address are: Salah Jawdat Abdelal, XXX-XX-3451, of Decatur, IL.

2. A Judgment was entered against the judgment defendant, in this action in the amount of $132,145.29. The total balance due on the Judgment is $131,020.29 as of November 19, 2010.

3. The judgment defendant waives services of Notice of the Application for this Order of payment pursuant to the Federal Debt Collection Procedures Act of 1990 (FDCPA) and any other process to which the judgment defendant may be entitled under the FDCPA.

4. The parties therefore agree and stipulate to the entry of this Agreed Order For Payment against the judgment defendant. It is expressly agreed and stipulated to by the parties that the defendant shall pay to the United States the total sum of $100.00 per month, beginning January 1, 2011 and continuing each month thereafter until the debt is paid in full or until the payment plan

is amended after a financial review. Checks should be made payable to: U.S. DISTRICT COURT and mailed to:

> Clerk, U.S. District Court
> P.O. Box 25670
> Raleigh, NC 27611

5. Nothing in this agreement prevents the plaintiff from pursuing administrative offsets, and the judgment defendant specifically consents to the offset. Any payments applied to this claim by the Department of the Treasury as a result of an offset will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

6. The judgment defendant hereby knowingly waives any rights that he may have under 28 U.S.C. § 3205(c)(9) to any automatic accounting. In the event the above recovery is not sufficient to pay the debt in full, the U.S. shall be entitled to pursue any and all remedies to collect such debt as are allowed by law.

APPROVED AND SO ORDERED this __13__ day of __January__, 2010.

_____
United States District Judge

CONSENTED TO:

_____ DATE: 12-21-2010
S. KATHERINE BURNETTE, Assistant United States Attorney

_____ DATE: 12/7/10
SALAH JAWDAT ABDELAL, Judgment Defendant